**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

OKAL NATHAN WILLIAMS,      )
           )
       Petitioner,     )
           )
v.                  )     Case No. CIV-15-593-M
           )
CARL BEAR,            )
           )
       Respondent.    )

## ORDER

On August 10, 2015, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended the Petition for a Writ of Habeas Corpus be dismissed without prejudice for failure to exhaust state remedies. Petitioner was advised of his right to object to the Report and Recommendation by August 30, 2015. On August 20, 2015, petitioner filed his objection.

Upon de novo review, the Court:

1. ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on August 10, 2015, and

2. DISMISSES without prejudice petitioner's Petition for a Writ of Habeas Corpus for failure to exhaust state remedies.

**IT IS SO ORDERED this 27th August, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE